UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EARLE YAFFA and RONALD J. WEISS,**
Executors of the Will of Joseph Flom;
**JASON FLOM; ELIZABETH YATES;** and
**HERBERT L. GRAHAM,**

    Plaintiffs,

v.                                        Case No. 3:12cv288/MCR/CJK

**SUNSOUTH BANK; RONALD E.**        Consolidated for Discovery
**GILLEY;** and **RONALD GILLEY**         with Case No. 5:13cv46/RS/EMT
**PROPERTIES, LLC,**

    Defendants.
_____/

## ORDER

       By Order dated April 29, 2015, this case was referred to Magistrate Judge Kahn for a settlement conference to be completed within 90 days.  The undersigned has been advised that the parties are unable to schedule the conference within that time period and that Magistrate Judge Kahn is unavailable on the date most convenient for all counsel.

       Accordingly, the time for completing the settlement conference is hereby extended by an additional thirty (30) days.  The Clerk is directed to refer the case to Magistrate Judge Miles Davis for a settlement conference to begin on August 6, 2015, at a time to be designated by Judge Davis.

       **DONE and ORDERED** this 8th day of June, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**