**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

EARL YAFFA and RONALD J. WEISS,
Executors of the Will of Joseph Flom;
JASON FLOM; ELIZABETH YATES;
and HERBERT L. GRAHAM,

        VS                         Case No.: 3:12cv288/MCR/CJK

SUNTRUST BANK; RONALD E. GILLEY;
and RONALD GILLEY PROPERTIES, LLC.,

**AMENDED NOTICE OF HEARING**

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | **Arnow Federal Building** |
| | 100 North Palafox Street |
| | Pensacola, Florida 32502 |
| Room No. | TO BE ANNOUNCED (Magistrate Judge Miles Davis) |
| Date: | August 6, 2015 |
| Time: | **9:30 a.m.** (C.S.T.) |
| Type of Proceeding: | Settlement Conference |

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

                          JESSICA LYUBLANOVITS, CLERK OF COURT

                          */s/ Teresa S. Milstead*

July 2, 2015
DATE                          Deputy Clerk: Teresa S. Milstead
Copies to:
all parties of record
Irma Coby
Paula Cawby
Court Security