UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EARLE YAFFA and RONALD J. WEISS,
Executors of the Will of Joseph Flom;
JASON FLOM; ELIZABETH YATES; and
HERBERT L. GRAHAM,

    Plaintiffs,

                                CONSOLIDATED
v.                    LEAD CASE NO. 3:12cv288/MCR/CJK
                              CASE NO. 3:15cv266/MCR/EMT

SUNSOUTH BANK; RONALD E. GILLEY;
and RONNIE GILLEY PROPERTIES, LLC.,

    Defendants.

SUNSOUTH BANK,

    CounterClaimant/Cross Claimant,

v.

RONALD E. GILLEY; and RONNIE GILLEY
PROPERTIES, LLC,

    Cross Defendants,

EARLE YAFFA and RONALD J. WEISS,
Executors of the Will of Joseph Flom;
JASON FLOM; ELIZABETH YATES; and
HERBERT L. GRAHAM,

    Counter Defendants.
_____/

SUNSOUTH BANK,

    Plaintiff/Counter Defendant,

v.

NASHYORK, LLC; DWIGHT P. WILES;
JAMES C. STROUD; HERBERT L.
GRAHAM; and ELLIOT LEVINE,

    Defendants/Counter Claimants.
_____/

## ORDER

    This case is in a jury trial. During oral argument of SunSouth Bank's Rule 50 motion, it raised the issues of NashYork's proof of damages and NashYork's failure to timely disclose a damages calculation under Rule 26. The Court expressed concern over both issues. Plaintiffs indicated the Court had previously ruled regarding the disclosure issue. Due to the numerous orders recently entered in this case, both prior to and during trial, the undersigned did not recall a prior ruling in which the Court found that SunSouth had waived the issue of NashYork's failure to disclose a damages calculation. On review of the record, however, Plaintiffs are correct. *See* ECF No. 411. For the benefit of all parties and the sake of the record, the Court here clarifies that the ruling still stands. However, this does not preclude SunSouth Bank from arguing in its Rule 50 motion that there has been a failure of proof regarding

NashYork's damages, and the Court has taken that motion under advisement

**So ORDERED** on this 8th day of March, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**