

# INVOICE

Invoice # 274
Date: 11/14/2016
Due Upon Receipt

201 4th Avenue North, Suite 1130
Nashville, Tennessee 37219
Phone: (615) 873-5670
Fax: (615) 873-5671
Email: jaimee@sherwoodlitigation.com
www.sherwoodlitigation.com

Elliot Levine

## 00072-Levine, Elliot

## Sunsouth v. Levine

| Type | Date | Timekeeper | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 02/13/2016 | CAS | Prepare for trial; Review exhibit list and designations filed by SunSouth; Draft objections to SunSouth's document list; Review Pretrial Conference Order; | 18.00 | $280.00 | $5,040.00 |
| Service | 02/14/2016 | CAS | Prepare for trial; Draft objections to SunSouth's document list; | 16.00 | $280.00 | $4,480.00 |
| Service | 02/15/2016 | CAS | Prepare for trial; Work on Request for Clarification; Work on demonstrative exhibits; Work on Counter-Designations; Revise responses/Objections to SunSouth's exhibits; Attempt to travel to Pensacola, FL from New York, NY; | 18.00 | $280.00 | $5,040.00 |
| Service | 02/26/2016 | CAS | Participate in trial; Prepare for trial; Attempt to decipher and cross reference SunSouth's exhibit list; | 19.80 | $280.00 | $5,544.00 |
| Service | 02/27/2016 | CAS | Prepare for trial; Attempt to decipher and cross reference SunSouth's exhibit list; | 15.00 | $280.00 | $4,200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 02/28/2016 | CAS | Prepare for trial; Attempt to decipher and cross reference SunSouth's exhibit list; | 16.00 | $280.00 | $4,480.00 |
| Service | 02/29/2016 | CAS | Participate in trial; Prepare for trial; Attempt to decipher and cross reference SunSouth's exhibit list; Prepare SunSouth's exhibit list and organize SunSouth's exhibit binders as directed by the court; | 16.00 | $280.00 | $4,480.00 |
| Service | 03/01/2016 | CAS | Participate in trial; Prepare for trial; Prepare SunSouth's exhibit list and organize SunSouth's exhibit binders as directed by the court; | 18.20 | $280.00 | $5,096.00 |
| | | | | | **Subtotal** | **$38,360.00** |
| | | | | | **Total** | **$38,360.00** |

Please make all amounts payable to: Sherwood Boutique Litigation, PLC

Payment is due upon receipt.